# United States Court of Appeals
## For the First Circuit

_____

## NOTICE OF APPEARANCE

No. 25-1845    Short Title: Relentless Inc. et al. v. U.S. D[e]

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

U.S. Dep't of Commerce; Howard W. Lutnick; NOAA; Laura Grimm; NMFS; Eugenio Pineiro Soler   as the

[ ] appellant(s)       [✓] appellee(s)       [ ] amicus curiae

[ ] petitioner(s)      [ ] respondent(s)     [ ] intervenor(s)

/s/ Daniel Halainen
Signature

September 15, 2025
Date

Daniel Halainen
Name

U.S. Department of Justice
Firm Name (if applicable)

(202) 598-3329
Telephone Number

P.O. Box 7415
Address

Fax Number

Washington, DC 20044
City, State, Zip Code

daniel.j.halainen@usdoj.gov
Email (required)

Court of Appeals Bar Number: 1203502

Has this case or any related case previously been on appeal?

[ ] No    [✓] Yes   Court of Appeals No. 21-1886

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).