# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 25-1845        **Short Title:** Relentless v. Dept. of Comm.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Relentless, Inc.; Huntress, Inc.; Seafreeze Fleet, LLC _____ as the

[✔] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/ *John J. Vecchione* _____          09/24/2025 _____
Signature                                              Date

John J. Vecchione _____
Name

New Civil Liberties Alliance _____          (202) 918-6902 _____
Firm Name (if applicable)                              Telephone Number

4250 N. Fairfax Drive _____          (202) 869-5238 _____
Address                                              Fax Number

Arlington, VA 22203 _____          john.vecchione@ncla.legal _____
City, State, Zip Code                              Email (required)

Court of Appeals Bar Number: 1177417 _____

Has this case or any related case previously been on appeal?

[ ] No          [✔] Yes   Court of Appeals No. 21-1886 _____

==================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).