# United States Court of Appeals
## For the First Circuit

———————————

**DOCKETING STATEMENT**

**No.** 25-1845          **Short Title:** Relentless, Inc. v. US Dept. of Commerce

**Type of Action**

- ☑ Civil
- ☐ Criminal/Prisoner
- ☐ Cross Appeal

A. Timeliness of Appeal
  1. Date of entry of judgment or order appealed from July 15, 2025
  2. Date this notice of appeal filed 09/03/2025
     If cross appeal, date first notice of appeal filed
  3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b)
  4. Date of entry of order deciding above post-judgment motion
  5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b)
     Time extended to

B. Finality of Order or Judgment
  1. Is the order or judgment appealed from a final decision on the merits?  ☑ Yes   ☐ No
  2. If no,
     a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  ☐ Yes   ☐ No
        If yes, explain
     b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  ☐ Yes   ☐ No
        If yes, explain

C. Has this case previously been appealed?  ☑ Yes   ☐ No
   If yes, give the case name, docket number and disposition of each prior appeal
   Relentless, Inc. v. U.S. Department of Commerce, No. 21-1886, affirming district opinion.

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  ☐ Yes   ☑ No
   If yes, cite the case and manner in which it is related on a separate page.  If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below?　☐ Yes　☑ No
   If yes, is a transcript necessary for this appeal?　☐ Yes　☐ No
   If yes, is transcript already on file with district court?　☐ Yes　☐ No

F. List each adverse party to the appeal.  If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party U.S. Department of Commerce
     Attorney Alison Finnegan
     Address DOJ-EnrdEnvironment & Natural Resources DivisionWildlife & Marine Resources SectionBenjamin Franklin Station, P.O. Box 7611Washington, DC 20044-7611
     Telephone 202-532-3312

   2. Adverse party Howard Lutnick, in his official capacity as Secretary of Commerce
     Attorney Alison Finnegan
     Address DOJ-EnrdEnvironment & Natural Resources DivisionWildlife & Marine Resources SectionBenjamin Franklin Station, P.O. Box 7611Washington, DC 20044-7611
     Telephone 202-532-3312

   3. Adverse party National Oceanic and Atmospheric Administration
     Attorney Alison Finnegan
     Address DOJ-EnrdEnvironment & Natural Resources DivisionWildlife & Marine Resources SectionBenjamin Franklin Station, P.O. Box 7611Washington, DC 20044-7611
     Telephone 202-532-3312

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name Relentless, Inc.
     Address 100 Davisville Pier North Kingstown, RI 02852
     Telephone 781-632-1005

     Attorney's name John J. Vecchione
     Firm New Civil Liberties Alliance
     Address 4250 N. Fairfax Drive Arlington, VA 22203
     Telephone 202-918-6902

   2. Appellant's name Huntress, Inc.
     Address 100 Davisville Pier North Kingstown, RI 02852
     Telephone 781-632-1005

     Attorney's name John J. Vecchione
     Firm New Civil Liberties Alliance
     Address 4250 N. Fairfax Drive Arlington, VA 22203
     Telephone 202-918-6902

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.)　☑ Yes　☐ No

E.  Were there any in-court proceedings below?  ☐ Yes  ☑ No
    If yes, is a transcript necessary for this appeal?  ☐ Yes  ☐ No
    If yes, is transcript already on file with district court?  ☐ Yes  ☐ No

F.  List each adverse party to the appeal.  If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

    1.  Adverse party Laura Grimm,  in her official capacity as Acting Administrator of NOAA
        Attorney Alison Finnegan
        Address DOJ-EnrdEnvironment & Natural Resources DivisionWildlife & Marine Resources SectionBenjamin Franklin Station, P.O. Box 7611Washington, DC 20044-7611
        Telephone 202-532-3312

    2.  Adverse party National Marine Fisheries Service
        Attorney Alison Finnegan
        Address DOJ-EnrdEnvironment & Natural Resources DivisionWildlife & Marine Resources SectionBenjamin Franklin Station, P.O. Box 7611Washington, DC 20044-7611
        Telephone 202-532-3312

    3.  Adverse party Dr. Eugenio Piñeiro Soler, in his official capacity as Assistant Administrator of NOAA Fisheries
        Attorney Alison Finnegan
        Address DOJ-EnrdEnvironment & Natural Resources DivisionWildlife & Marine Resources SectionBenjamin Franklin Station, P.O. Box 7611Washington, DC 20044-7611
        Telephone  202-532-3312

G.  List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

    1.  Appellant's name Seafreeze Fleet LLC
        Address 78 Central St. Ipswich, MA 01938
        Telephone 781-632-1005

        Attorney's name John J. Vecchione
        Firm New Civil Liberties Alliance
        Address 4250 N. Fairfax Drive Arlington, VA 22203
        Telephone 202-918-6902

    2.  Appellant's name
        Address
        Telephone

        Attorney's name
        Firm
        Address
        Telephone

    Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.)  ☑ Yes  ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.


Signature  /s/ John J. Vecchione

Date:        09/24/2025