No. 25-1845

# United States Court of Appeals for the First Circuit

_____

**Relentless Inc., et al.**,

*Plaintiffs-Appellants*,

*v.*

**U.S. DEPARTMENT OF COMMERCE, et al.**,

*Defendants-Appellees.*

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND, CASE NO. 1:20-CV-00108-WES (HON. WILLIAM E. SMITH)

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

JOHN J. VECCHIONE (1177417)
**NEW CIVIL LIBERTIES ALLIANCE**
4250 N. Fairfax Drive Ste. 300
Arlington, VA 22203
(202) 869-5210
John.vecchione@ncla.legal
*Counsel for Plaintiff-Appellants*

1

Appellants, Relentless Inc., Huntress Inc., and Seafreeze LLC, respectfully move pursuant to F.R.A.P. and Local Rule 26(b) for a 60-day extension of time to file their opening brief and accompanying material for this appeal with all other deadlines moved accordingly. In support thereof Appellants state:

1. The opening brief and appendix is due on November 17, 2025.

2. Upon receiving the Court's scheduling order undersigned counsel called Dan Halainen who has made an appearance for the Government in this case and who is well-known to him from appeals on other Commerce and NOAA related matters including *Loper Bright v. Raimondo*, 603 U.S. 369 (2024). The Government had moved for an abeyance in *Loper Bright v. Lutnick* in order to discuss settlement. *See* Order Holding in Abeyance, Loper Bright v. Lutnick, No. 21-5166 (Aug. 13, 2025) (per curiam), Doc. 1208766234. I wished to inquire if the Government was going to move for similar treatment of this case with similar issues and posture. If the Government intended to do so in this case I indicated the parties should discuss scheduling. Shortly thereafter on October 9, 2025 undersigned counsel received an email from Mr. Halainen stating:

> "I got your voicemail—thanks for your message. I'm furloughed and not permitted to work on this matter during the lapse in appropriations, but perhaps we can discuss an abeyance after funding is restored."

3. Undersigned counsel then sent an email to Mr. Halainen seeking the Government's views on the present motion in order to avoid undue advantage to

2

one side or the other due to unknown availability of Government attorneys. Undersigned counsel at first, on October 15, 2025, received an automatic email response from Mr. Halainen's email that he was furloughed until further notice.

4. However, shortly thereafter Mr. Halainen was good enough to check with available authorities on the Government's position in these circumstances and has authorized Plaintiff-Appellants to represent the following to the Court:

> The government consents to an extension. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. Absent an appropriation, Department of Justice attorneys and employees of the Federal Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

5. It is extremely difficult to consult with opposing counsel under these circumstances, and, to conserve Court and parties' resources, Plaintiff-Appellants, by consent, seek a 60-day extension of all current scheduling deadlines which, historically, ought to be enough time to end this shutdown and return to normalcy.

6. This is good cause for such an extension, and indeed the Government has been obtaining such extensions in Circuits all over the country at this time. These are all good cause for an extension, and Appellants have not previously sought an extension of time.

For these reasons, Appellants move this Court by consent to extend the time by 60 days to file the opening brief, appendix, and any other necessary materials to Friday, January 16, 2026, with any other dates connected to that filing extended likewise.

Respectfully Submitted,

DATED: OCTOBER 16, 2025

*/s/ John J. Vecchione*
JOHN J. VECCHIONE (1177417)
**NEW CIVIL LIBERTIES ALLIANCE**
4250 N. Fairfax Drive Ste. 300
Arlington, VA 22203
(202) 869-5210
John.vecchione@ncla.legal
*Counsel for Plaintiff-Appellants*

## CERTIFICATE OF COMPLIANCE

This document complies with the 5,200-word limit established by FRAP 27(d)(2) because it contains 184 words. This document complies with the typeface and typestyle requirements of FRAP 32(a)(5) and 32(a)(6) because it has been prepared in a proportionally spaced serif typeface, Times New Roman, and set at 14-point or larger.

Dated: January 28, 2022                                   /s/ *John J. Vecchione*

                                                          John J. Vecchione

                                                          *Counsel for Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2025, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit using the CM/ECF system. Counsel for all parties are registered users of the CM/ECF system. They will be served by the CM/ECF system:

Daniel Halainen, Daniel.j.halainen@usdoj.gov; Counsel for Appellees

Dated: October 16, 2025             */s/ John J. Vecchione*
                                    JOHN J. VECCHIONE