No. 25-1845

# United States Court of Appeals for the First Circuit

———————————

**Relentless Inc., et al.**,

*Plaintiffs-Appellants*,

*v.*

**U.S. DEPARTMENT OF COMMERCE, et al.**,

*Defendants-Appellees.*

———————————

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND, CASE NO. 1:20-CV-00108-WES (HON. WILLIAM E. SMITH)

**CORPORATE DISCLOSURE STATEMENT**

JOHN J. VECCHIONE (1177417)
**NEW CIVIL LIBERTIES ALLIANCE**
4250 N. Fairfax Drive Ste. 300
Arlington, VA 22203
(202) 869-5210
John.vecchione@ncla.legal
*Counsel for Plaintiff-Appellants*

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1, Appellants Relentless Inc., Huntress Inc., and Seafreeze Fleet LLC provide the following disclosure statement.

Appellants Relentless Inc. and Huntress Inc. are wholly owned by Appellant Seafreeze Fleet LLC. Appellant Seafreeze Fleet LLC is a limited liability company with no parent company and no publicly held corporation holds 10% or more of its stock.

## CERTIFICATE OF WORD COUNT

      I hereby certify on this 24th day of October, 2025, that the above referenced corporate disclosure statement contains 66 words.

Respectfully Submitted,

DATED: OCTOBER 24, 2025

*/s/ John J. Vecchione*
JOHN J. VECCHIONE (1177417)
**NEW CIVIL LIBERTIES ALLIANCE**
4250 N. Fairfax Drive Ste. 300
Arlington, VA 22203
(202) 869-5210
John.vecchione@ncla.legal
*Counsel for Plaintiff-Appellants*