# United States Court of Appeals
## For the First Circuit

No. 25-1845

RELENTLESS INC.; HUNTRESS INC.; SEAFREEZE FLEET LLC,

Plaintiffs - Appellants,

v.

US DEPARTMENT OF COMMERCE; HOWARD W. LUTNICK, in the official capacity as Secretary of Commerce; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; LAURA GRIMM, in the official capacity as Acting Administrator of NOAA; NATIONAL MARINE FISHERIES SERVICE, a/k/a NOAA Fisheries; EUGENIO PIÑEIRO SOLER, in the official capacity as Assistant Administrator for NOAA Fisheries,

Defendants - Appellees.

**NOTICE**

Issued: November 19, 2025

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorneys have failed to register for an account and will no longer receive notice in this case:

Alison C. Finnegan
Kara M. Rollins
Kristine S. Tardiff

The following attorneys will continue to receive notice in this case:

Kevin M. Bolan
Daniel Halainen
Timothy J. Robenhymer
John Julian Vecchione
Lauren S. Zurier

Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Jennifer - (617) 748-9885


cc:
Kevin M. Bolan
Alison C. Finnegan
Daniel Halainen
Timothy J. Robenhymer
Kara M. Rollins
Kristine S. Tardiff
John Julian Vecchione
Lauren S. Zurier