No. 25-1845

# United States Court of Appeals
# for the First Circuit

---

RELENTLESS INC.; HUNTRESS INC.; SEAFREEZE FLEET LLC,
*Plaintiffs-Appellants*,

v.

U.S. DEPARTMENT OF COMMERCE; HOWARD LUTNICK, in his official capacity as Secretary of Commerce; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; LAURA GRIMM, in her official capacity as Administrator of NOAA; NATIONAL MARINE FISHERIES SERVICE, a/k/a NOAA Fisheries; EUGENIO PINIERO SOLER, in his official capacity as Assistant Administrator for NOAA Fisheries,
*Defendants-Appellees*.

---

On Appeal from the United States District Court for the District of Rhode Island, Case No. 1:20-cv-00108-WES (Hon. William E. Smith)

---

## APPELLANTS' UNNOPOSED MOTION TO CORRECT DOCKET OR, IN THE ALTERNATIVE, FOR A ONE DAY EXTENSION TO FILE OUT OF TIME

---

JOHN J. VECCHIONE (1177417)
NEW CIVIL LIBERTIES ALLIANCE
4250 N. Fairfax Drive, Suite 300
Arlington, VA 22203
(202) 869-5210
John.Vecchione@ncla.legal
*Counsel for Plaintiffs-Appellants*

Pursuant to Fed. R. App. P. 27, Appellants move to correct the docket or in the alternative to file one day out of time. On January 16, 2016 Appellants filed their opening brief and appendix timely in the First Circuit. However, as this is the second time the matter has come to this Circuit counsel believes there was a previous Docket Number in Counsel's saved prompts. As a result, they were filed in the previous First Circuit case, No. 21-886. A copy of the ECF-stamped Brief and Appendix are attached.

Appellants respectfully request that the filed brief, and appendix be deemed filed in this docket as a correction of the ECF, or in the alternative that the attached Opening Brief and Appendix be filed one day late in this docket.

Counsel for the Government does not oppose this motion.

Respectfully submitted on January 20, 2026, by:

> */s/ John J. Vecchione*
>
> John J. Vecchione (1177417)
> NEW CIVIL LIBERTIES ALLIANCE
> 4250 N. Fairfax Drive, Suite 300
> Arlington, VA 22203
> (202) 869-5210
> John.Vecchione@ncla.legal
> *Counsel for Plaintiff-Appellants*

# CERTIFICATE OF COMPLIANCE

This document complies with the 5,200-word limit established by FRAP 27(d)(2) because it contains 146 words. This document complies with the typeface and typestyle requirements of FRAP 32(a)(5) and 32(a)(6) because it has been prepared in a proportionally spaced serif typeface, Times New Roman, and set at 14-point or larger.

Dated: January 20, 2026

*/s/ John J. Vecchione*
JOHN J. VECCHIONE

*Counsel for Appellants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2026, I electronically filed the foregoing document, along with the Appendix and Addendum, with the United States Court of Appeals for the First Circuit using the CM/ECF system. Counsel for all parties are registered users of the CM/ECF system. They will be served by the CM/ECF system:

Daniel J. Halainen, Daniel.J.Halainen@usdoj.gov, Counsel for Appellees

Dated: January 20, 2026
                                            */s/ John J. Vecchione*
                                            JOHN J. VECCHIONE

                                            *Counsel for Appellants*