# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1845      **Short Title:** Relentless v. Dept. of Comm.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Landmark Legal Foundation                                                    as the

[ ] appellant(s)          [ ] appellee(s)          [✔] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Amit R. Vora                                January 22, 2026
Signature                                       Date

Amit R. Vora
Name

KASOWTIZ LLP                                    (212) 506-1834
Firm Name (if applicable)                       Telephone Number

1633 Broadway
Address                                         Fax Number

New York, NY 10019                              avora@kasowitz.com
City, State, Zip Code                           Email (required)

Court of Appeals Bar Number: 1221550

Has this case or any related case previously been on appeal?

[ ] No          [✔] Yes   Court of Appeals No. 21-1886

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).