# United States Court of Appeals
## For the First Circuit

_____

## NOTICE OF APPEARANCE

**No.** 25-1845   **Short Title:** Relentless v. Dep't of Comm.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Americans for Prosperity Foundation _____ as the

[ ] appellant(s)        [ ] appellee(s)        [✓] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

/s/ Ryan P. Mulvey                01/23/2026
Signature                          Date

Ryan P. Mulvey
Name

Americans for Prosperity Foundation    (571) 444-2841
Firm Name (if applicable)              Telephone Number

4201 Wilson Blvd., Ste. 1000           _____
Address                                Fax Number

Arlington, VA 22203                    rmulvey@afphq.org
City, State, Zip Code                  Email (required)

Court of Appeals Bar Number: 1174492

Has this case or any related case previously been on appeal?

[ ] No    [✓] Yes   Court of Appeals No. 21-1886

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).