# United States Court of Appeals
## For the First Circuit

No. 25-1845

RELENTLESS INC.; HUNTRESS INC.; SEAFREEZE FLEET LLC,

Plaintiffs - Appellants,

v.

US DEPARTMENT OF COMMERCE; HOWARD W. LUTNICK, in the official capacity as Secretary of Commerce; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; LAURA GRIMM, in the official capacity as Acting Administrator of NOAA; NATIONAL MARINE FISHERIES SERVICE, a/k/a NOAA Fisheries; EUGENIO PIÑEIRO SOLER, in the official capacity as Assistant Administrator for NOAA Fisheries,

Defendants - Appellees.

**ORDER OF COURT**

Entered: February 23, 2026
Pursuant to 1st Cir. R. 27.0(d)

The brief filed by Appellants Huntress Inc., Relentless Inc., and Seafreeze Fleet LLC on January 20, 2026, is not in compliance with the following Federal Rule of Appellate Procedure and Local Rule of this court:

- **Fed. R. App. P. 32(a)(2)(C)**, requiring that the front cover of the brief contain the title of the case (see Rule 12(a)). _**The caption on the appellants' brief does not match the caption used by this court.**_

- **1st Cir. R. 28.0(a)(1)**, requiring that the appellant include an addendum in the back of its brief, regardless of whether appellant has filed an appendix. The addendum must contain the judgments, decisions, rulings or orders appealed from, including supporting explanation (e.g., a written or transcript opinion), and in addition, where the district court or agency whose decision is under review was itself reviewing or acting upon the decision of a lower-level decision-maker, that lower-level decision as well (e.g., a recommended decision by a magistrate judge or an initial decision by an administrative law judge). _**The appellants' brief does not include an addendum.**_

Appellants Huntress Inc., Relentless Inc., and Seafreeze Fleet LLC are ordered to file a conforming brief by **March 2, 2026**. The corrected brief must be served on all parties to the appeal,

and the certificate of service must be updated to include the new date of service. The due date for appellees' brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

Appellants' January 20, 2026, motion to correct docket or, in the alternative, for a one day extension to file out of time is construed as a motion to file instanter. The motion is granted as to the appendix and moot as to the brief in light of this order.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Timothy J. Robenhymer
John Julian Vecchione
Lauren S. Zurier
Kevin M. Bolan
Daniel Halainen