## CORPORATE DISCLOSURE STATEMENT

Landmark Legal Foundation is a non-profit legal corporation. It has no parent corporation and issues no stock.