# United States Court of Appeals
## For the First Circuit

_____

No. 25-1845

RELENTLESS INC.; HUNTRESS INC.; SEAFREEZE FLEET LLC,

Plaintiffs - Appellants,

v.

US DEPARTMENT OF COMMERCE; HOWARD W. LUTNICK, in the official capacity as
Secretary of Commerce; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION;
LAURA GRIMM, in the official capacity as Acting Administrator of NOAA; NATIONAL
MARINE FISHERIES SERVICE, a/k/a NOAA Fisheries; EUGENIO PIÑEIRO SOLER, in the
official capacity as Assistant Administrator for NOAA Fisheries,

Defendants - Appellees.

_____

**ORDER OF COURT**

Entered: February 24, 2026
Pursuant to 1st Cir. R. 27.0(d)

On January 23, 2026, Cato Institute filed a brief as amicus curiae. The brief is non-
compliant because the caption on the front cover of the brief does not match the caption used by
the court. See Fed. R. App. P. 29(a)(4) and 32(a)(2)(C). A corrected amicus brief must be filed
no later than **March 3, 2026**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Timothy J. Robenhymer, John Julian Vecchione, Lauren S. Zurier, Kevin M. Bolan, Daniel
Halainen, Amit Ramnik Vora, Joel Nolette, Ilya Shapiro, Christopher Jay Walker, Matthew P.
Cavedon, Thomas Arthur Berry