# United States Court of Appeals
## For the First Circuit

No. 25-1845

RELENTLESS INC.; HUNTRESS INC.; SEAFREEZE FLEET LLC,

Plaintiffs - Appellants,

v.

US DEPARTMENT OF COMMERCE; HOWARD W. LUTNICK, in the official capacity as Secretary of Commerce; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; LAURA GRIMM, in the official capacity as Acting Administrator of NOAA; NATIONAL MARINE FISHERIES SERVICE, a/k/a NOAA Fisheries; EUGENIO PIÑEIRO SOLER, in the official capacity as Assistant Administrator for NOAA Fisheries,

Defendants - Appellees.

**ORDER OF COURT**

Entered: February 26, 2026
Pursuant to 1st Cir. R. 27.0(d)

On January 23, 2026, The Buckeye Institute filed a brief as amicus curiae. The brief is non-compliant because the caption on the front cover of the brief does not match the caption used by the court. See Fed. R. App. P. 29(a)(4) and 32(a)(2)(C). In addition. Attorney David C. Tryon must file an appearance form required by 1st Cir. R. 12.0(a) and 46.0(a)(2). A corrected amicus brief must be filed no later than **March 5, 2026**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Timothy J. Robenhymer
John Julian Vecchione
Lauren S. Zurier
Kevin M. Bolan
Daniel Halainen
Amit Ramnik Vora
Joel Nolette

Ilya Shapiro
Christopher Jay Walker
Matthew P. Cavedon
Thomas Arthur Berry
David Christian Tryon