# United States Court of Appeals
## For the First Circuit

No. 25-1845

RELENTLESS INC.; HUNTRESS INC.; SEAFREEZE FLEET LLC,

Plaintiffs - Appellants,

v.

US DEPARTMENT OF COMMERCE; HOWARD W. LUTNICK, in the official capacity as Secretary of Commerce; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; LAURA GRIMM, in the official capacity as Acting Administrator of NOAA; NATIONAL MARINE FISHERIES SERVICE, a/k/a NOAA Fisheries; EUGENIO PIÑEIRO SOLER, in the official capacity as Assistant Administrator for NOAA Fisheries,

Defendants - Appellees.

**ORDER OF COURT**

Entered: March 20, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellees Laura Grimm, Howard W. Lutnick, National Marine Fisheries Service, National Oceanic and Atmospheric Administration, Eugenio Piñeiro Soler and US Department of Commerce to file a brief be enlarged to and including **April 27, 2026**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Thomas Arthur Berry
Kevin M. Bolan
Matthew P. Cavedon
Daniel Halainen
Ryan Patrick Mulvey
Joel Nolette
Timothy J. Robenhymer

Ilya Shapiro
David Christian Tryon
John Julian Vecchione
Amit Ramnik Vora
Christopher Jay Walker
John Marc Wheat
Lauren S. Zurier