# United States Court of Appeals
## For the First Circuit

No. 25-1845

RELENTLESS INC.; HUNTRESS INC.; SEAFREEZE FLEET LLC,

Plaintiffs - Appellants,

v.

US DEPARTMENT OF COMMERCE; HOWARD W. LUTNICK, in the official capacity as Secretary of Commerce; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; LAURA GRIMM, in the official capacity as Acting Administrator of NOAA; NATIONAL MARINE FISHERIES SERVICE, a/k/a NOAA Fisheries; EUGENIO PIÑEIRO SOLER, in the official capacity as Assistant Administrator for NOAA Fisheries,

Defendants - Appellees.

### ORDER OF COURT

Entered: April 30, 2026

Upon consideration of Appellees National Oceanic and Atmospheric Administration, US Department of Commerce, National Marine Fisheries Service, Howard W. Lutnick, Laura Grimm, and Eugenio Piñeiro Soler's opposed motion, it is ordered that the time for Appellees to file a responsive brief be enlarged to and including **May 27, 2026**. The Court is disinclined to grant a further request to extend this deadline.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Timothy J. Robenhymer
John Julian Vecchione
Lauren S. Zurier
Kevin M. Bolan
Daniel Halainen
Amit Ramnik Vora
Joel Nolette
Ilya Shapiro
Christopher Jay Walker
Matthew P. Cavedon

Thomas Arthur Berry
David Christian Tryon
John Marc Wheat
Ryan Patrick Mulvey